PROB 12C
(6/16)

Report Date: March 30, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul David Swallow     Case Number: 0980 2:16CR00074-WFN-1

Address of Offender:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , Spokane, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 27, 2016

Original Offense:   Crime on Indian Reservation Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113 (a)(6), 1153

Original Sentence:  Prison - 84 months;      Type of Supervision: Supervised Release
                    TSR - 36 months

Asst. U.S. Attorney:  Alison L. Gregoire     Date Supervision Commenced: June 30, 2022

Defense Attorney:     Colin G. Prince        Date Supervision Expires: June 29, 2025

### PETITIONING THE COURT

To issue a warrant.

On July 5, 2022, the conditions of supervision were reviewed with Mr. Swallow. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed. |
| | **Supporting Evidence**: It is alleged Mr. Swallow is in violation of his conditions of supervised release by failing to report as instructed on March 30, 2023. |
| | On March 29, 2023, the undersigned officer attempted to contact Mr. Swallow via telephone, however, there was no answer. A voicemail was left instructing him to report on March 30, 2023, at 2 p.m. On March 30, 2023, Mr. Swallow failed to report. |
| 2 | **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated |

Prob12C
Re: Swallow, Paul David
March 30, 2023
Page 2

circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged Mr. Swallow is in violation of his conditions of supervised release by failing to notify the U.S. Probation Office of a change in residence since March 24, 2023.

On March 28, 2023, the undersigned officer conducted a random home visit. The undersigned officer spoke with two roommates at the clean and sober house where Mr. Swallow was residing. Both roommates indicated they have not spoken with Mr. Swallow and they are concerned. "It is not like him to not have any contact with us. We are having a house meeting tonight and he is at risk of being kicked out of this house tonight because he is violating the house rules being away to many days and we have not had any contact with him." The roommates advised the last date Mr. Swallow was home was on March 17, 2023. Mr. Swallow has not contacted the undersigned officer to report a change in address and his whereabouts are unknown. It appears he has absconded from supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/March 30, 2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/30/2023
Date