PROB 12C
(6/16)

Report Date: April 10, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 11, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Paul David Swallow | Case Number: 0980 2:16CR00074-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 27, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Crime on Indian Reservation Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113 (a)(6), 1153 | | |
| Original Sentence: | Prison - 84 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | June 30, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | September 23, 2025 |

### PETITIONING THE COURT

To issue a **warrant.**

On July 5, 2022, the assigned probation officer reviewed the conditions of supervision with Mr. Swallow. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Swallow is allegedly in violation of his conditions of supervised release by failing to report as instructed on April 5, 2024. |
| | On March 27, 2024, Mr. Swallow reported to the U.S. Probation Office.  He submitted to urinalysis testing, which returned negative.  He requested to travel to South Dakota to attend his brother's funeral from March 27 to April 4, 2024.  He was instructed to check in daily with his supervising probation officer and failed to do so. He was also instructed to report to the Spokane U.S. Probation Office on April 5, 2024. |
| | On April 5, 2024, Mr. Swallow failed to report to the U.S. Probation Office as instructed. |

Prob12C
**Re: Swallow, Paul David**
**April 10, 2024**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Swallow violated the above-stated condition of supervision by failing to report for a scheduled office appointment on April 5, 2024.

On March 27, 2024, Mr. Swallow was given instructions to report to the U.S. Probation Office on April 5, 2024. He confirmed his understanding by accepting the appointment. Regretfully, Mr. Swallow failed to report as directed.

On April 8, 2024, attempts to contact Mr. Swallow at his listed phone number were unsuccessful despite leaving messages for an immediate returned call.

| | | |
|---|---|---|
| 3 | | **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at lease 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Mr. Swallow allegedly violated the above-stated condition of supervision by failing to notify the probation officer of his change in employment status.

On April 9, 2024, the undersigned officer contacted the owner of Freeborn Tool Company which is listed as Mr. Swallow's employer. The owner shared, Mr. Swallow was last seen on March 27, 2024, and failed to report to work the following week. The owner has not had contact with him, and as such, his position with Freeborn Tool Company has been terminated.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/10/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Swallow, Paul David**
**April 10, 2024**
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*[signature]*
Signature of Judicial Officer

4/11/2024
Date