PROB 12C
(6/16)

Report Date: May 3, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Paul David Swallow    Case Number: 0980 2:16CR00074-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 27, 2016

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113 (a)(6), 1153 | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: June, 30, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 23, 2025 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/10/2024.

On July 5, 2022, the assigned probation officer reviewed the conditions of supervision with Mr. Swallow. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer |
| | **Supporting Evidence**: Mr. Swallows is allegedly in violation of his conditions of supervised release by leaving the federal judicial district on or about April, 30, 2024, without authorization by the Court or probation officer. |
| | According to Rapid City Police Department case number PCR24-205769, on April 30, 2024, Mr. Swallow was arrested in South Dakota on an outstanding federal warrant and a Minnehaha County, South Dakota, warrant. Mr. Swallow did not have permission to be outside of the Eastern District of Washington on this date. |

Prob12C
Re: Swallow, Paul David
May 3, 2024
Page 2

    5    **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Mr. Swallow is allegedly in violation of his conditions of supervised release by interacting with others on or about April 30, 2024, who are engaged in criminal activity or have been convicted of a felony, without getting the permission of the probation officer.

According to Rapid City Police Department case number PCR24-205769, on April 30, 2024, local police officers observed Mr. Swallow exit a vehicle with four individuals, all of which appeared to be acting evasive to avoid interacting with the police officers. The officers discovered Mr. Swallow and three of the four other individuals, had active warrants for their arrest. Mr. Swallow did not have permission by the probation officer to interact with these individuals.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/03/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge
May 6, 2024
Date